# United States District Court
## Violation Notice

MNGT

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7239627 | LANDAETA | 865 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 05/13/2017
Offense Charged: 18 U.S.C. 1701

Place of Offense: 1337 RANDOLPH AVENUE, ST. PAUL, MN 55105

Offense Description; Factual Basis for Charge:
- OBSTRUCTION OF MAILS GENERAL: KNOWINGLY AND WILLFULLY OBSTRUCTS OR RETARDS THE PASSAGE OF THE MAIL (166 PIECES OF U.S. MAIL)

### DEFENDANT INFORMATION

Last Name: DOUCETTE
First Name: JESSE
MI: E.

[A] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
[ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → $    Total Collateral Due

YOUR COURT DATE

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
- my personal observation
- my personal investigation
- information supplied to me from my fellow officer's observation
- other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident